LOUIS E. THYROFF, Appellant, v NATIONWIDE MUTUAL INSURANCE COMPANY et al., Respondents.

Submitted September 6, 2006; decided September 19, 2006

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.